NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8945
    Facsimile:  (415) 744-0134
    E-Mail:  Jennifer.A.Kenney@ssa.gov

JS-6

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUSTIN DANIEL COX, | ) Case No. 2:19-cv-02504-DFM |
|  Plaintiff, | ) |
|     v. | ) JUDGMENT OF REMAND |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
|  Defendant. | ) |

    The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for

Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED**

Judgment for Remand, Sentence Four 2:19-cv-02504-DFM

**AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: July 15, 2020

HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

Judgment for Remand, Sentence Four 2:19-cv-02504-DFM